IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) MICHAEL C. WASHINGTON, )
)
    Plaintiff, )
) Case No. CIV-18-1116-D
v. )
)
(1) THE CITY OF OKLAHOMA CITY, )
(2) POLICE CHIEF BILL CITTY, )
(3) LT. J. RODGERS, )
(4) OFFICER H. BENNETT, )
(5) OFFICER J. BUSCH, and )
(6) OFFICER G. BELL, )
)
    Defendants. )

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in the above-styled case for Defendants Officer H. Bennett, Officer J. Busch and Officer G. Bell. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

    Respectfully submitted,

    s/ Stacey Haws Felkner
    Stacey Haws Felkner, OBA No. 14737
    COLLINS, ZORN & WAGNER, P.C.
    429 N.E. 50th Street, 2nd Floor
    Oklahoma City, OK 73105-1815
    Telephone: (405) 524-2070
    Facsimile: (405) 524-2078
    E-mail: shf@czwlaw.com

ATTORNEY FOR DEFENDANTS OFFICER H. BENNETT, OFFICER J. BUSCH AND OFFICER G. BELL

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I mailed the attached document to the following by regular mail *via* the United States Postal Service:

Michael C. Washington
P.O. Box 53513
Oklahoma City, OK 73152
***Pro Se Plaintiff***

F. Thomas Cordell
Amanda Mullins
Frailey, Chaffin, Cordell, Perryman & Sterkel, LLP
201 N. 4th Street
Chickasha, OK 73023

William F. Comstock
WILLIAM F. COMSTOCK, P.C.
501 N.W. 13th Street
Oklahoma City, OK 73103
***Attorney for Defendant Kay Bauman***

s/ Stacey Haws Felkner
Stacey Haws Felkner