IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL C. WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-1116-D |
| ) | |
| TIMOTHY ROGERS, ) | |
| MICHAEL GILLESPIE, ) | |
| TRACI SIMPSON, ) | |
| KAY BAUMAN, *et al.* ) | |
| ) | |
| Defendants. ) | |

## AMENDED CERTIFICATE OF SERVICE

☑   I hereby certify that on the 6th day of February, 2019, I filed the Response to Plaintiff's Motion to Remand [Doc. 19] with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System. I hereby certify that on the 7th day of February, 2019, I served the same by email on the following, who are not registered participants of the Electronic Case Filing System:

Michael C. Washington
m.washington26@yahoo.com
**Plaintiff,** *Pro Se*

William F. Comstock
WILLIAM F. COMSTOCK, P.C.
wcomstock1@cox.net
**Attorney for Defendant, Kay Bauman**

s/ *F. Thomas Cordell*
F. Thomas Cordell, OBA #1912
Amanda Mullins, OBA #30186
FRAILEY CHAFFIN CORDELL PERRYMAN & STERKEL LLP
**Attorneys for Defendant, Kay Bauman**
201 North 4th Street
PO Box 533
Chickasha, OK 73023
T: (405) 224-0237
F: (405) 222-2319
tcordell@fccpsm.com
amullins@fccpsm.com