IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MICAHEL C. WASHINGTON,

    Plaintiff,

v.                                         Case No. CIV-18-1116-D

TIMOTHY ROGERS,
MICHAEL GILLESPIE,
TACI SIMPSON,
BAY BAUMAN,
THE CITY OF OKLAHOMA CITY,
POLICE CHIEF BILL CITTY,
LT.RODGERS,
OFFICER H. BENNETT,
OFFICER J. BUSCH,
OFFICER G. BELL,

    Defendants.

## MOTION FOR ORDER ON SUMMARY JUDGMENT FILED BY PLAINTIFF MICHAEL C. WASHINGTON AS TO DEFENDANT KAY BAUMAN

COMES NOW the Plaintiff, Michael C. Washington, Chief Paralegal, once again moving this Court issue an Order on his Motion for Summary Judgment as it relates to Defendant Kay Bauman and as follows:

On May 6, 2019, Plaintiff filed a Motion for Summary Judgment against Bauman [Doc. No. 27]. On May 28, 2019, Defendant Kay Bauman filed her brief in opposition to the motion for summary judgment. [Doc. No. 28].

To date this court has only dealt with the Motion to Dismiss of Defendants Bennett, Bell and Busch's Motion to Dismiss and Plaintiff's Motion for Summary Judgment, finding in favor of Defendants. [Doc. 34].

Plaintiff's Motion for Summary Judgment as to Defendant Kay Bauman has been pending in this Court for over six (6) months and Plaintiff is entitled to finality and peace.

Wherefore, preemies considered, Plaintiff urges this Court to enter an Order in his on the Motion for Summary Judgment filed on May 6, 2019 and that said Order be classified as final so that he may file an appeal to the Order the Court entered granting Defendants Busch, Bell and Bennett's Motion to Dismiss for failure to state a claim for which relief can be granted. [Doc. No. 34].

Respectfully submitted,

Michael C. Washington
Chief paralegal
P. O. Box 53153
Oklahoma City, Oklahoma 73152
(405) 882-6478

**CERTIFICATE OF MAILING**

On this 14th day of November, 2019, a true and correct copy of the foregoing was mailed, postage paid, to:

F. Thomas Cordell, OBA #1912
Attorney at Law
201 N. 4th Street
P. O. Box 533
Chickasha, Oklahoma 73023
(405) 224-0237

Michael C. Washington